### 12697.   STALLINGS *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contains only the usual general grounds; the evidence, while circumstantial, was sufficient to exclude every *reasonable* hypothesis save that of the defendant's guilt; and the finding of the jury was approved by the trial judge.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 16, 1921.

Indictment for larceny from house; from Sumter superior court — Judge Littlejohn. June 31, 1921.

*W. T. Lane & Son,* for plaintiff in error.
*Jule Felton, solicitor-general,* contra.

---

### 12702.   BROOKS *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contains the general grounds only, there is evidence to support the verdict, which has the approval of the trial judge, and the judgment is
*Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED NOVEMBER 16, 1921.

Accusation of larceny; from city court of Macon — Judge Gunn. July 6, 1921.

*H. F. Rawls,* for plaintiff in error.
*Roy W. Moore, solicitor,* contra.